DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HARRY AUSTIN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-910

[August 12, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Paul L. Backman, Judge; L.T. Case No. 05-17581 CF10A.

Harry Austin, Miami, pro se.

Michael J. Satz, State Attorney, and Susan Odzer Hugentugler, Assistant State Attorney, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., KLINGENSMITH and ARTAU, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***